

**Rodd Naquin**
**Clerk of Court**

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - CW - 0098

Tony Taylor
versus
Church of the King, Incorporated

TO:   Brandon A. Brown
1075 Government Street
Baton Rouge, LA 70802

William David Coffey
1450 Poydras Street
Suite 900
New Orleans, LA 70112
CoffeyD@ag.louisiana.gov

Tracey J. Comeaux
1450 Poydras Street
Suite 900
New Orleans, LA 70112

Jabrina C. Edwards
330 Marshall Street, Suite 77
Shreveport, LA 71101

Sarah K. Lunn
3070 Teddy Drive
Baton Rouge, LA 70809
slunn@azshelbylaw.com

Azelie Ziegler Shelby
SHELBY LAW FIRM
3070 Teddy Drive
Baton Rouge, LA 70809

Hon. Richard A. Swartz
701 N. Columbia Street
Justice Center
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TONY TAYLOR

VERSUS

CHURCH OF THE KING, INCORPORATED

NO. 2022 CW 0098

**MAY 20, 2022**

---

In Re: State of Louisiana, through the Board of Supervisors of Louisiana Community and Technical College System, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-10322.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** The trial court's November 29, 2021 judgment which denied the exception of insufficiency of service of process filed by third-party defendant, The State of Louisiana, through the Board of Supervisors of Louisiana Community and Technical College System, is reversed. Third party plaintiff, Church of the King, Incorporated, failed to timely request service on the proper "department, board, commission, or agency head or person" as required by La. R.S. 13:5107. **Barnett v. Louisiana State University Medical Center–Shreveport,** 2002-2576 (La. 2/7/03), 841 So.2d 725, 726. Pursuant to the mandatory language of La. R.S. 13:5107, the third-party demand against third-party defendant, The State of Louisiana, through the Board of Supervisors of Louisiana Community and Technical College System, is dismissed without prejudice.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT